UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | 2:14-cr-00103-GMN-VCF-2 |
| | ) | |
| JORGE EDUARDO SANCHEZ-GARICA, | ) | |
| Defendant. | ) | **ORDER** |

On February 18, 2015, this Court granted Defendant Jorge Eduardo Sanchez-Garica's Motion to Withdraw as Counsel for Defendant (doc. 182).

Accordingly, IT IS HEREBY ORDERED that James Hartsell, is APPOINTED as counsel for Jorge Eduardo Sanchez-Garica in place of Gary Modafferi for all future proceedings.

Mr. Modaferri shall forward the file to Mr. Hartsell forthwith.

DATED this \_\_\_\_\_19th\_\_\_\_\_ day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH