**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JORGE EDUADO SANCHEZ-GARCIA,<br><br>        Defendant. | 2:14-cr-00103-GMN-VCF<br>**ORDER** |

Before the court is Defendant Jorge Eduado Sanchez-Garcia's counsel's Motion to Withdraw as Counsel of Record. (#244).

IT IS HEREBY ORDERED that a hearing on Defendant Jorge Eduado Sanchez-Garcia's counsel's Motion to Withdraw as Counsel of Record (#244) is scheduled for 10:00 a.m., November 5, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 29th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE