# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )    2:14-cr-00103-GMN-VCF |
| vs. | )<br>) |
| Jorge Eduardo Sanchez-Garcia | )<br>) |
| Defendant. | )    **ORDER** |

      On November 5, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

      Accordingly, IT IS HEREBY ORDERED that Maysoun Fletcher, is APPOINTED as counsel for Jorge Eduardo Sanchez-Garcia in place of James Hartsell for all future proceedings.

      James Hartsell's office shall forward the file to Ms. Fletcher forthwith.

DATED this _____5th_____ day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH